■ In the Matter of JASMINE D., an Infant. SUFFOLK COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; JAMES D., Appellant. [868 NYS2d 69]—

In a neglect proceeding pursuant to Family Court Act article 10, the father appeals, from an order of fact-finding and disposition of the Family Court, Suffolk County (Kelly, J.), dated November 20, 2007, which, after a fact-finding and dispositional hearing, inter alia, found that he neglected the subject child.

Ordered that the order is affirmed, without costs or disbursements.

In a child protective proceeding, the party seeking to establish neglect must show, "first, that a child's physical, mental or emotional condition has been impaired or is in imminent danger of becoming impaired and second, that the actual or threatened harm to the child is a consequence of the failure of the parent

or caretaker to exercise a minimum degree of care in providing the child with proper supervision or guardianship" (*Nicholson v Scoppetta,* 3 NY3d 357, 368 [2004]; *see Matter of Tajani B.,* 49 AD3d 876 [2008]; *Matter of Dimitriy R.,* 39 AD3d 866 [2007]; Family Ct Act § 1012 [f]).

The petitioner proved by a preponderance of the evidence that the subject child was neglected by the father (*see* Family Ct Act § 1046 [b] [i]). The evidence presented at the hearing was sufficient to prove that the father, while in a homeless shelter, locked himself in a barricaded room while he shaved the child's head with a razor, and was in a combative state while he threatened a shelter staff member with bodily harm in the presence of the child, thereby creating an imminent danger that the child's physical, mental, and emotional health would be harmed (*see Matter of Nassau County Dept. of Social Servs. v Denise J.,* 87 NY2d 73, 79 [1995]; *Matter of Aaliyah G.,* 51 AD3d 918 [2008]; *Matter of Aminat O.,* 20 AD3d 480, 481 [2005]). Fisher, J.P., Covello, McCarthy and Leventhal, JJ., concur.